UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ADELINA CHAVEZ, an individual; FELIX CHAVEZ, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-06630-PA-AFM<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") and Adelina Chavez and Felix Chavez ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: November 23, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE